WILLIAM HAYTKO, PETITIONER-RESPONDENT, v. WILLIAM CRABB AND CO., RESPONDENT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued September 8, 1952—Decided September 16, 1952.

Before Judges JAYNE, PROCTOR, and SCHETTINO.

*Mr. Marshall Crowley* argued the cause for appellant (*Messrs. Toner, Crowley & Ackerman,* attorneys; *Mr. Robert A. Vanderbilt,* on the brief).

*Mr. Harry Cohn* argued the cause for respondent.

The opinion of the court was delivered
PER CURIAM. We concur in the conclusion expressed by Judge Francis and reported in 17 *N. J. Super.* 95 (*Co. Ct., Law Div.,* 1951).
Affirmed.